Mahadhi Corzano, Esq. (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
WILLIAM DIPMAN

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM DIPMAN,<br><br>             Plaintiff,<br><br>      vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC<br>             Defendant. | **Case No.: 4:11-cv-01035-DMR**<br><br><br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES the Plaintiff, WILLIAM DIPMAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                Respectfully Submitted,

DATED: April 25, 2011             KROHN & MOSS, LTD.


                                   By: /s/ Mahadhi Corzano

                                       Mahadhi Corzano
                                       Attorney for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 25, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.


                                   By:    /s/ Mahadhi Corzano
                                          Mahadhi Corzano, Esq.