1  Mahadhi Corzano, Esq. (SBN: 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400
   Fax: 866-583-3695
4  mcorzano@consumerlawcenter.com
   Attorneys for Plaintiff,
5  WILLIAM DIPMAN

6            **UNITED STATES DISTRICT COURT,**
            **NORTHERN DISTRICT OF CALIFORNIA,**
7               **SAN FRANCISCO DIVISION**

8

9   WILLIAM DIPMAN,                    )  **Case No.: 4:11-cv-01035-DMR**
                                       )
10              Plaintiff,             )  **VOLUNTARY DISMISSAL**
                                       )
11         v.                          )
                                       )
12  NORTHSTAR LOCATION SERVICES,       )
    LLC,                               )
13                                     )
                Defendant.             )
14

15        **VOLUNTARY DISMISSAL WITH PREJUDICE**

16        Plaintiff, WILLIAM DIPMAN, by and through his attorneys, KROHN & MOSS, LTD.,

17  hereby voluntarily dismisses the above-entitled case with prejudice.

18  Dated: June 13, 2011                    KROHN & MOSS, LTD.

19

20                                     By:/s/ Mahadhi Corzano

21                                       Mahadhi Corzano, Esq.
                                         Attorney for Plaintiff,
22                                       WILLIAM DIPMAN

23

24

25